Certificate Number: 15317-PAE-DE-034489562

Bankruptcy Case Number: 15-15890



15317-PAE-DE-034489562

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 25, 2020, at 11:02 o'clock AM PDT, Lystra Lewis-Simon completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   May 25, 2020                    By:      /s/Jerry Fajardo

                                        Name:   Jerry Fajardo

                                        Title:   Counselor