**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Lystra Lewis-Simon                                    CHAPTER 13

DEBTOR(S)                                                     BANKRUPTCY NO: 15-15890

**CERTIFICATION OF NO RESPONSE**

    I, the undersigned, certify that, having served or caused to be served, a copy of the Notice, Application and Proposed Order on <u>August 12, 2020</u>, as shown in the Certification of Service filed in this matter, that more than 20 days have passed and that I have received no response, either oral or written, as of this date to Debtor Attorney's Application for Compensation and Reimbursement of Expenses.

    I respectfully request that the Court enter the attached Order.

Dated:  September 1, 2020                                    /s/ Georgette Miller
                                                                                      Georgette Miller, Esq.
                                                                                      Margolis Edelstein
                                                                                      100 Century Parkway, Suite 200
                                                                                      Mt. Laurel, NJ
                                                                                      08054

{00386943;v1}