# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Lystra Lewis-Simon | : | Chapter 13 |
| | : | |
| Debtor(s) | : | Bankruptcy No. 15-15890 |

### O R D E R

**AND NOW,** upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s) counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response.

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**
2. Supplemental compensation is **ALLOWED** in favor of the Applicant in the amount of $2,000.00
3. The Chapter 13 trustee Chapter 13 is authorized to distribute to the Applicant as an administrative expense pursuant to U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed supplemental compensation, to the extent such distribution is authorized under the terms of the confirmed Chapter 13 plan.

Date: 9/4/20

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

{00386940;v1}